AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of ) <br> ) <br> A black 2003 Chevrolet Silverado pickup truck, ) <br> with California license plate 7G08947, and VIN ) <br> 2GCEC19V831205852 ) <br> ("SUBJECT VEHICLE 2"), which is believed to be ) <br> ROBINSON's vehicle, as further described in ) <br> Attachment A-4 ) <br> ) | Case No   8:22-mj-00791-DUTY |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A-4*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ___ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   December 16, 2022, 2:38 p.m.                    *Karen L. Stevenson* (signature)
                                                                         *Judge's signature*

City and state:         Los Angeles, CA                      Honorable Karen Stevenson, U.S. Magistrate Judge
                                                                         *Printed name and title*

AUSA: Jeff Chemerinsky, ext. 6520

AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 8:22-mj-00791 | Date and time warrant executed: 12/21/2022 6:00 a.m. | Copy of warrant and inventory left with: Brian Chia |
| Inventory made in the presence of : TFO David Mendez, TFO Ryan Mcduffy ||| 
| Inventory of the property taken and name of any person(s) seized:  See attached inventory |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/27/2022

Andrew Fabrigas(Signed Electronically)
*Executing officer's signature*

Andrew Fabrigas ATF Task Force Officer
*Printed name and title*

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 1 of 1 | Case/Inspection Number: 784055 23-0006 | Case/Inspection Title: GOLDEN BARREL SERIES | Office: SANTA ANA |
|---|---|---|---|

Taken from: (name, title, address, if appropriate) 519 S AGATE
2010 WHITE CHEVY EXPRESS VAN (86683H2) ANAHEIM, CA
2003 BLACK CHEVY SILVERADO (7G08947)

Recipient: (name, title, address, if appropriate) ATF

Location of Transfer or Seizure: 519 SOUTH AGATE STREET, ANAHEIM, CA

Basis for Transfer or Seizure of Items: SEARCH WARRANT

| Amount or Quantity | Description of Item(s) |
|---|---|
| "1" | GLOCK 30s W/ MAGAZINE INSERTED, LOADED WITH .45 AUTO ROUNDS (LOCATED IN 2010 WHITE CHEVY VAN) |
| 13 | .45 AUTO ROUNDS (LOCATED IN 2010 WHITE CHEVY VAN) |
| 1 | 13 ROUND MAGAZINE (LOCATED IN 2010 WHITE CHEVY VAN) |
| "1" | GLOCK 19x W/ MAGAZINE INSERTED, LOADED WITH 9MM ROUNDS (LOCATED IN 2003 CHEVY SILVERADO) |
| 9 | 9MM HORNADY ROUNDS (LOCATED IN 2003 CHEVY SILVERADO) |
| 8 | 9MM SIG ROUNDS (LOCATED INSIDE 2003 CHEVY SILVERADO) |
| 1 | GLOCK (17) ROUND MAGAZINE (LOCATED INSIDE 2003 CHEVY SIL...) |
| 1 | BLACK HOLSTER (LOCATED INSIDE 2003 CHEVY SILVERADO) |

I hereby acknowledge receipt of the above item(s) into my custody.
Received by: (signature) BRIAN CHIA
Transferred by: (signature, if appropriate) Kyle McDuff TFO   Date: 12/21/22
Witnessed by: (signature) TFO   Date: 12/21

U.S. GOVERNMENT PRINTING OFFICE: 2009-349-461/41101

ATF Form 3400. 23
Revised March 2005